UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA,

    Plaintiff,

    v.

ZOE LABOY, Administrator of the Corrections Administration, in her official capacity; et al.,

    Defendants.

Civil No. 97-2815 (JAF)

**ORDER**

Counsel for defendants' Motion to Withdraw, filed June 15, 1999, Docket Document No. 40, is **GRANTED**. We look at the Department of Justice as attorney-of-record. Counsel for plaintiff's Informative Motion, filed June 22, 1999, Docket Document No. 41, is **NOTED**.

The Pretrial Conference in this case shall be held on **October 21, 1999, at 1:30 P.M.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 10th day of September, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)