# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
99 OCT 28 AM 11:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARITZA PUBILL RIVERA

VS.

ZOE LABOY, ET AL.

CIVIL NO. 97-2815 (JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 10/06/99   **DOCKET #:** 43   **TITLE:** MOTION by Maritza Pubill Rivera to convert PTC into a S/C

[X] Plaintiff(s)
[ ] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

_X_ MOOT.

__ NOTED.

**OTHER:**

_____

DATE: 10/27/99

JOSE A. FUSTE
U.S. DISTRICT JUDGE

(45)