# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARITZA PUBILL RIVERA

VS.

ZOE LABOY, ET AL.

CIVIL NO. 97-2815 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 10/08/99   DOCKET #: 44   TITLE: MOTION by All Defendants to change of nature of pretrial conference

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Noted. The parties will file a stipulated schedule for the completion of discovery within the next 45 days. The filing should be made before Nov 15.

The Pretrial Conf. shall be held on January 27, 2000 at 2:00 PM

10/27/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE