UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA,

    Plaintiff,

v.

ZOE LABOY, Administrator of the Corrections Administration, in her official capacity; et al.,

    Defendants.

Civil No. 97-2815 (JAF)

## O R D E R

The parties' "Joint Motion in Compliance with Order," Docket Document No. 50, is **NOTED AND APPROVED**.

The discovery cut-off date is extended **up to and including March 31, 2000.** The Pretrial Conference set for January 27, 2000 is hereby **RESCHEDULED for May 5, 2000, at 1:30 P.M.**

This order also disposes of Docket Documents Nos. 47, 48, and 49.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of January, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)