# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARITZA PUBILL RIVERA

VS.

ZOE LABOY, ET AL.

CIVIL NO. 97-2815(JAF)

## DESCRIPTION OF MOTION

DATE FILED: 01/11/00   DOCKET #: 53   TITLE: MOTION by Jose O. Curet |to Extend Time until 2/29/00 to answer complaint|

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *granted*

1/26/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE