# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARITZA PUBILL RIVERA

     VS.

ZOE LABOY, ET AL.

**CIVIL NO.** 97-2815(JAF)

---

## DESCRIPTION OF MOTION

**DATE FILED:** 03/06/00    **DOCKET #:** 5**6**    **TITLE:** MOTION by Jose Madera |to Extend Time until 5/30/00 to answer complaint|

[ ] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

___ GRANTED.

___ DENIED.

___ MOOT.

___ NOTED.

OTHER: *Granted until April 28, 2000.*

---

3/10/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

60