# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MARITZA PUBILL RIVERA

VS.

ZOE LABOY, ET AL.

CIVIL NO. 97-2815(JAF)



## DESCRIPTION OF MOTION

DATE FILED: 03/27/00   DOCKET #: 63   TITLE: MOTION by Maritza Pubill-Rivera for Leave to File documents in Spanish in support of oppos to defts mot to dismiss

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: _Granted_

4-10-00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

3