# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO



Maritza Pubill Rivera

VS.

José Vahey, et al.

CIVIL NO. 97-2815 (JAF)

---

### DESCRIPTION OF MOTION

DATE FILED:          DOCKET:          TITLE:

[ ] Plffs.           [ ] Defts.

---

### O-R-D-E-R

The Pretrial Conference set for May 5, 2000 at 1:30 P.M. is now rescheduled for May 18, 2000, at 1:30 P.M.

5/2/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE