# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





MARITZA PUBILL RIVERA

    VS.

ZOE LABOY, ET AL.

CIVIL NO. 97-2815 (JAF)

---

## DESCRIPTION OF MOTION

DATE FILED: 05/11/00    DOCKET #: 68    TITLE: JOINT MOTION by Maritza Pubill-Rivera, All Defendants |to Continue PTC|

[x] Plaintiff(s)
[x] Defendant(s)

---

## O-R-D-E-R

[x] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: The Pretrial Conference set for May 18, 2000, at 1:30 P.M., is rescheduled for October 17, 2000, at 1:30 P.M.

5/15/2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE