## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MARITZA PUBILL RIVERA

       VS.                                     CIVIL NO. 97-2815(JAF)

ZOE LABOY, ET AL

| DESCRIPTION OF MOTION |
|---|

**DATE FILED:** 06/06/00  **DOCKET:** 73  **TITLE:** REQUEST FOR ENTRY OF DEFAULT

[X] Plaintiff(s)
[ ] Defendant(s)

| O-R-D-E-R |
|---|

    DEFAULT of defendant DR. AMAURY HERNANDEZ is hereby ENTERED.

06/07/00
DATE

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _____
DEPUTY CLERK

3