UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 97-2815 (JAG)

JOSE O. CURET, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date File: 05/26/00<br>Title: Motion to Extend Time Until 6/16/00 to Oppose Defendant's Motion to Dismiss<br>Docket: 71<br>[x] Plffs   [ ] Defts   [ ] Other | MOOT. |
| Date File: 06/06/00<br>Title: Motion for Default Judgment Against Amaury Hernandez<br>Docket: 73<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED. Default judgment is entered against defendant Amaury Hernandez. |
| Date File: 08/02/00<br>Title: Motion to Withdraw as Attorney<br>Docket: 77<br>[ ] Plffs   [x] Defts   [ ] Other | GRANTED as requested. |

Date: 10/04/00

JAY A. GARCIA-GREGORY
U.S. District Judge