UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: OCTOBER 20, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. CIVIL 97-2815 (JAG)
================================================================

MARITZA PUBILL RIVERA                       Attorneys:
                                              For Plaintiffs:


              VS
                                            For Defendant:
ZOE LABOY, ET ALS.


================================================================

At the request of the parties the status conference in the above-mentioned set for October 17, 2000 is granted and the same is hereby reset for **Thursday, November 30, 2000 at 3:00 PM.**

Parties to be notified.

                                            _____
                                                   LILY ALICEA
                                                COURTROOM DEPUTY

