## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
00 NOV -6 AM 11: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.   CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/20/00<br>**Title:** Motion for Leave to File Opposition to Motion for Leave to File Supplemental Amended Complaint<br>**Docket(s):** 84<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

