# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/14/00<br>**Title:** Motion for Leave to File Supplemental Amended Complaint<br>**Docket(s):** 78<br>[x] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/20/00<br>**Title:** Opposition to Motion for Leave to File Supplemental Amended Complaint<br>**Docket(s):** 87<br>[ ] **Plff(s)**    [ x ] **Dft(s)**    [ ] **Other** | **DENIED.** |

**Date:**   December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge