UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 FEB 26 AM 9 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.                                    **CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 02/12/01<br>**Title:** Motion Requesting Extension of Time to Oppose Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) and (6) of the FRCP<br>**Docket(s)**: 96<br>[x] **Plff(s)**    [ ] **Dft(s)**    [ ] Other | **GRANTED** as requested. |

Date:  February 22, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



(98)