# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    **Plaintiff(s)**

    **v.**　　　　　　　　　　　**CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/31/01<br>**Title:** Motion to Stay Discovery Proceedings Pending Resolution of Defendants' Motion to Dismiss<br>**Docket(s)**: 95<br>[ ] **Plff(s)**　[ x ] **Dft(s)**　[ ] **Other** | The Court grants the requested extension of the discovery cut-off date. The new cut-off date is Friday, July 20, 2001. With regards to the request for stay of the discovery proceedings, the Court denies the request. |

**Date:** April 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


