UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

   Plaintiff(s)

           v.                          CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 03/19/01<br>**Title:** Motion for Leave to File Amended Complaint<br>**Docket(s)**: 101<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: April 23, 2001                JAY A. GARCIA-GREGORY
                                    U.S. District Judge

