# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

   **Plaintiff(s)**

   v.                              CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

   **Defendant(s)**

| MOTION | ORDER |
| --- | --- |
| **Date Filed**: 05/02/01<br>**Title:** Motion for Reconsideration of Order<br>**Docket(s)**: 105<br>[ ] **Plff(s)**   [x ] **Dft(s)**   [ ] **Other** | Plaintiff shall show cause in writing, no later than May 18, 2001, why the Court should not grant defendants' motion for reconsideration of order and vacate its order of April 26, 2001 (Docket #103) allowing the complaint to be amended by fourth time. |

Date:  May 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


