IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    Plaintiff(s)

    v.                                 CIVIL NO.   97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    Defendant(s)

## ORDER

The Motions to Dismiss (Dockets # 57, 70 & 94) filed in this case are referred to Magistrate Judge Justo Arenas for appropriate disposition.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of June, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge