# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/16/01<br>**Title:** Opposition to Motion for Reconsideration of Order<br>**Docket(s):** 108, 105, 103<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | The Court reaffirms its Order of April 26, 2001 allowing the complaint to be amended for the fourth time. |

**Date:** July 6, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


