UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.                                         **CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 07/19/01<br>**Title:** Motion Requesting that Discovery be Held in Abeyance<br>**Docket(s)**: 113<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | Discovery is to be held in abeyance pending the Court's disposition of objections, if any are timely filed, to Magistrate-Judge Arenas' Report and Recommendation entered July 16, 2001. |

Date:   July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



