# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    Plaintiff(s)

    v.                              CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/08/01<br>**Title**: Motion to Withdraw and Request for Extension of Time<br>**Docket(s)**: 117<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED**. New legal representation shall file an appearance on or before September 7, 2001. |

Date: August 20, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


