# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

   Plaintiff(s)

v.    CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

   Defendant(s)

| MOTION | ORDER |
|---|---|
| Date Filed: 10/10/01<br>Title: Motion Requesting Extension of Time to Answer or Otherwise Plead<br>Docket(s): 122<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: October 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

