# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



| | | |
|---|---|---|
| **MARITZA PUBILL-RIVERA** | * | |
| | * | |
| **Plaintiff** | * | **Civil No. 97-2815 (JAG)** |
| | * | |
| **vs.** | * | |
| | * | |
| **ZOE LABOY, et als.** | * | |
| | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

## DESCRIPTION OF MOTION

---

DATE FILED:10/18/01 DOCKET: 125   TITLE: MOTION FOR ENTRY OF
                                         DEFAULT

[x] Plaintiff
[ ] Defendant

---

## CLERK'S ENTRY OF DEFAULT

---

Default of defendants is hereby entered.

---

Date:  10/22/01

FRANCES RIOS DE MORAN
CLERK OF THE COURT

BY: _Franchesa Rios_
     DEPUTY CLERK



