UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.                                           **CIVIL NUMBER:** 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 12/13/01<br>**Title**: Motion Requesting Order<br>**Docket(s)**: 129<br>[ ] **Plff(s)**   [ x ] **Dft(s)**   [ ] **Other** | **GRANTED**. Counsel of record for plaintiff shall make available all pertinent filings for appearing co-defendant to defend himself in this action. |

Date: January 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



