IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    **Plaintiff(s)**

    v.                         CIVIL NO. 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    **Defendant(s)**

---

### ORDER

As per consideration of the motion of co-defendant Dr. Ramón L. Rivera-Schneider for the request of medical records of **Amaury Seise Pubill**, from the Departamento de Salud, Programa Servicios de Salud Correccional, San Juan, Puerto Rico, it is hereby **ordered** that Departamento de Salud, Programa Servicios de Salud Correccional issue a certified copy of all medical records of the patient **Amaury Seise Pubill** in its possession. Any reproduction costs incurred shall be paid by defendant Dr. Ramón L. Rivera-Schneider and/or his counsel.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 21st day of March 2002.

                                   JAY A. GARCIA-GREGORY
                                   United States District Judge