IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.   CIVIL NO. 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

---

### ORDER

As per consideration of the motion of co-defendant Dr. Ramón L. Rivera-Schneider for the request of medical records of **Amaury Seise Pubill**, from the Hospital Universitario Ramón Arnau in Bayamón, Puerto Rico, it is hereby **ordered** that Hospital Universitario Ramón Ruiz Arnau issue a certified copy of all medical records of the patient **Amaury Seise Pubill** in its possession. Any reproduction costs incurred shall be paid by defendant Dr. Ramón L. Rivera-Schneider and/or his counsel.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 21st day of March 2002.

JAY A. GARCIA-GREGORY
United States District Judge