UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 12 AM 9: 51

RECEIVED AND FILED

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.   CIVIL NO.   97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 03/14/02<br>**Title:** Motion to Set Aside Entry of Default (by Maldonado-Rondon)<br>**Docket(s)**: 134<br><br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED**. Default is set aside. The Answer to the Complaint shall be filed on or before April 29, 2002. |

Date: April 10, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge