IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA

    **Plaintiff,**

    v.

JOSE O. CURET, et al.

    **Defendants**

CIVIL NO. 97-2815(JAG)



**PARTIAL JUDGMENT**

In accordance with the Opinion and Order entered today, the Court enters judgment as follows:

1. Dismissing with prejudice plaintiff's claims against co-defendants Dr. Curet and Dr. Madera;

2. Dismissing without prejudice plaintiff's supplemental state claims pursuant to 28 U.S.C. § 1367(c)(3) against co-defendants Dr. Curet and Dr. Madera.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31st day of May, 2002.

                    JAY A. GARCIA-GREGORY
                    U.S. District Judge