UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    Plaintiff(s)

    v.                          CIVIL NO.   97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed**: 05/20/02<br>**Title**: Informative Motion and Request of Leave to File Answer to Fourth Amended Complaint<br>**Docket(s)**: 139 | **GRANTED**. The Answer to the Fourth Amended Complaint shall be filed. |

[ ] Plff(s)   [ X ] Dft(s)   [ ] Other

Date: June 19, 2002                 JAY A. GARCIA-GREGORY
                                           U.S. District Judge


