# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

    **Plaintiff(s)**

    v.      CIVIL NO.    97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| Date Filed: 06/25/02<br>Title: Informative Motion Regarding Answer to Fourth Amended Complaint<br>Docket(s): 144 | **MOOT.** |

[ ] Plff(s)    [X] Dft(s)    [ ] Other

Date: July 9, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge