CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO    2002 AUG 29 AM 11:57

RECEIVED AND FILED

MARITZA PUBILL RIVERA

    **Plaintiff(s)**

    v.    CIVIL NO.   97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|

**Date Filed:** 08/16/02
**Title:** Motion Requesting Extension of Time    **GRANTED.**
**Docket(s):** 149

[X] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other**

Date: August 27, 2002    JAY A. GARCIA-GREGORY
U.S. District Judge

