UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.                                                                                  CIVIL NUMBER: 97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/17/02<br>**Title:** Motion Requesting Leave to Reply to Plaintiff's Omnibus Opposition to Motion to Dismiss under Fed.R.Civ.P. 12(b)(6)<br>**Docket(s):** 152<br>[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other** | **GRANTED.** Co-defendant Jellytza Maldonado-Rondon shall have ten (10) days from the entry of this order to file a reply. |

Date: September 20, 2002                         JAY A. GARCIA-GREGORY
                                                                  U.S. District Judge


