CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.
2002 OCT 16 AM 9:22
RECEIVED AND FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MARITZA PUBILL RIVERA
**Plaintiff(s)**

**v.** **CIVIL NO.** 97-2815 (JAG)

JOSE O. COURET ET AL.

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** October 4, 2002<br>**Title:** Motion Requesting Time to Submit Translation of Exhibit pursuant to Local Rule 108<br>**Docket(s)**: 156<br><br>☐ **Plaintiffs** ☐ **Third Party**<br>**X Defendant(s)** ☐ **Other** | GRANTED. Co-defendants shall have until October 21st to submit a certified translation of the exhibits. |

**Date:** 10/11/2002

JAY A. GARCIA-GREGORY
**U.S. District Judge**


