# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PUBILL-RIVERA

**Plaintiff(s)**

v.                                            CIVIL NO.   97-2815 (JAG)

LABOY
  **Defendant(s)**

---

## ORDER

The court reschedules the Pre-trial and trial dates as follows:

1) The Court shall hold a Pre-Trial/Settlement Conference on **Friday, December 13, 2002** at **3:00 PM.**

2) Jury Trial shall take place on **Monday, January 20, 2003 at 9:00 AM.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of October, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge