IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUBILL-RIVERA

**Plaintiff(s)**

v.                                          CIVIL NO.   97-2815 (JAG)

LABOY
**Defendant(s)**

## ORDER

The court hereby reschedules the jury trial set to take place on Monday, January 20, 2003 at 9:00 AM to **Tuesday January 21, 2003 at 9:00AM**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25th day of October, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge