UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA

**Plaintiff(s)**

v.    CIVIL NO.    97-2815 (JAG)

ZOE LABOY ALVARADO, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 11/12/02<br>**Title**: Notice of Entry of Appearance; Motion Withdrawing Legal Representation<br>**Docket(s)**: 166, 167<br><br>[ ] **Plff(s)**   [X] **Dft(s)**   [ ] **Other** | **GRANTED**. |

Date: November 15, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


