UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL RIVERA
**Plaintiff(s)**

v.                                             CIVIL NO.   97-2815 (JAG)

ZOE LABOY ET ALS.
**Defendant(s)**

---

## ORDER

The Court hereby vacates the pre-trial and trial dates in this case *sine die* subject to the resolution of the pending motions.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 12th day of December, 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge

s/cs:to ( )
attys/pts
in ICMS

12/16/02