UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA
    Plaintiff(s)

v.                           CIVIL NO. 97-2815(JAG)

JOSE O. CURET ET ALS.
    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/12/02<br>**Title:** Motion Informing vacation and Requesting that Proceedings be held in Abeyance<br>**Docket(s):** 170<br><br>X Plaintiffs    ☐ Third Party<br>☐ Defendant(s)    ☐ Other | GRANTED. |

**Date:** December 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge