# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA
    **Plaintiff(s)**

       v.

JOSE O. CURET et al.
    **Defendant(s)**

**CIVIL NO.**  97-2815 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/3/2002<br>**Title:** Motion to Withdraw as Attorney of Record<br>**Docket(s):** 154<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)   ☐ Other | GRANTED. |
| **Date Filed:**  10/16/2002<br>**Title:** Urgent Motion requesting change of Pre-Trial Hearing for a Status Conference or Hearing to Discuss Pending Motion to Dismiss, and Trial Continuance<br>**Docket(s):** 158<br><br>☐ Plaintiffs    ☐ Third Party<br>X Defendant(s)   ☐ Other | MOOT. Pursuant to the Court's granting of Co-defendants Maldonado and Rivera's motions to dismiss, there are no remaining issues of liability in this case. A **hearing on damages** for remaining co-defendant Rosado-Villanueva is **set for Thursday, January 23st at 10:00a.m.** Thereafter, this case will be dismissed with prejudice and judgment shall enter accordingly. |

**Date:**  January 9, 2003

**JAY A. GARCIA-GREGORY**
U.S. District Judge