# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA
**Plaintiff(s)**

v.                                      CIVIL NO.   97-2815 (JAG)

JOSE O CURET ET ALS.
**Defendant(s)**

---

## ORDER

The court hereby refers the Damages Hearing set for Thursday, January 23, 2003 to Magistrate Judge Gustavo A. Gelpi. The court notes that damages shall be assessed as to defendants Nilma Rosado Villanueva and Amaury Hernandez.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 22nd day of January, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge


