UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA
**Plaintiff(s)**

v.                                                         CIVIL NO.   97-2815 (JAG)

JOSE O CURET ET ALS.
**Defendant(s)**

---

## JUDGMENT

Pursuant to the Court's order of this date, default judgment is hereby entered in favor of plaintiff. Co-defendants doctors Amaury Hernandez and Nilma Rosado Villanueva are jointly and severally liable in the amount of **$100,000.00 payable to Maritza Pubill-Rivera** for the pain and suffering of her deceased son Amaury Seise-Pubill, and **$150,000.00 payable to Maritza Pubill-Rivera** for her own damages caused by the death of her son.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 28th day of January, 2003.

JAY A. GARCIA-GREGORY
U.S. District Judge


