IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARITZA PUBILL-RIVERA
**Plaintiff(s)**

v.                              **CIVIL NO.** 97-2815 (JAG)

ZOE LABOY ET ALS.
**Defendant(s)**

---

## JUDGMENT NUNC PRO TUNC

Pursuant to the Opinion and Order dated January 10, 2003 and for the reasons stated therein, this action is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of February, 2003.

JAY A. GARCIA-GREGORY
United States District Judge